**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 16-01752 |
| | § | |
| APRIL E. KIBLER | § | |
| JOHN SCOTT KIBLER | § | |
| | § | |
| Debtors | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 01/20/2016. The undersigned trustee was appointed on 01/20/2016.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                     $9,964.00

    Funds were disbursed in the following amounts:

    | | |
    |---|---|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $0.00 |
    | Bank service fees | $59.47 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $9,904.53 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 06/08/2016 and the deadline for filing government claims was 07/18/2016. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,746.40. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,746.40, for a total compensation of $1,746.40[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $46.25, for total expenses of $46.25.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/11/2016          By:   /s/ David P. Leibowitz
                                Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1 Exhibit A

| Case No.: | 16-01752 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | KIBLER, APRIL E. AND KIBLER, JOHN SCOTT | Date Filed (f) or Converted (c): | 01/20/2016 (f) |
| For the Period Ending: | 10/11/2016 | §341(a) Meeting Date: | 02/18/2016 |
| | | Claims Bar Date: | 06/08/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 2038 N. New England Ave. Chicago, IL - 60707-0000 Cook | $250,000.00 | $0.00 | | $0.00 | FA |
| 2 | 2008 Honda Ridgeline 115000 MILES | $5,463.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | $2400 1001(c) $3063 1001(b) | | | | | |
| 3 | 2006 Honda Pilot 105000 MILES | $4,858.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | $2400 1001(c) $2458 1001(b) | | | | | |
| 4 | Misc. household goods | $500.00 | $0.00 | | $0.00 | FA |
| 5 | Misc. electronics | $400.00 | $0.00 | | $0.00 | FA |
| 6 | necessary wearing apparel | $500.00 | $0.00 | | $0.00 | FA |
| 7 | cash on hand | $100.00 | $0.00 | | $0.00 | FA |
| 8 | Parkway Bank - checking | $220.00 | $0.00 | | $0.00 | FA |
| 9 | Byline Bank - checking (u) | $1,203.00 | $0.00 | | $0.00 | FA |
| 10 | Kibco, Inc. 100 % ownership S-Corp (u) | Unknown | $0.00 | | $0.00 | FA |
| 11 | Debtor has a contract pending, awaiting buyer financing. Gross commission listed before taxes. (u) | $5,000.00 | $694.00 | | $0.00 | FA |
| Asset Notes: | 735 ILCS 5/12-803 and 5/12-1001(b), 740 ILCS 170/4 | | | | | |
| 12 | VOID - Duplicate, entered in error (u) | $0.00 | $0.00 | | $0.00 | FA |
| 13 | 2015 Federal Tax Refund (u) | $0.00 | $4,964.00 | | $4,964.00 | FA |
| 14 | Potential preference claim against Debtor's brother - Debtor to satisfy personally (u) | $0.00 | $5,000.00 | | $5,000.00 | FA |

**TOTALS (Excluding unknown value)** **Gross Value of Remaining Assets**

$268,244.00 $10,658.00 $9,964.00 $0.00

**Major Activities affecting case closing:**

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 2    Exhibit A

| Case No.: | 16-01752 | | Trustee Name: | David Leibowitz |
| --- | --- | --- | --- | --- |
| Case Name: | KIBLER, APRIL E. AND KIBLER, JOHN SCOTT | | Date Filed (f) or Converted (c): | 01/20/2016 (f) |
| For the Period Ending: | 10/11/2016 | | §341(a) Meeting Date: | 02/18/2016 |
| | | | Claims Bar Date: | 06/08/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

06/20/2016  2016 Reporting Period:

Collecting payments from Debtors to settle potential preferential payment to Debtor's brother and unscheduled 2015 tax refund. Final payment due 8/6/16.

Claims reviewed, consistent with schedules
Ready for TFR when final payment received.

**Initial Projected Date Of Final Report (TFR):**   09/30/2016    **Current Projected Date Of Final Report (TFR):**   10/11/2016    /s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

**FORM 2** Page No: 1 Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 16-01752 | **Trustee Name:** David Leibowitz |
| **Case Name:** | KIBLER, APRIL E. AND KIBLER, JOHN SCOTT | **Bank Name:** Green Bank |
| **Primary Taxpayer ID #:** | **-***1616 | **Checking Acct #:** ******5201 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** Kibler, April |
| **For Period Beginning:** | 1/20/2016 | **Blanket bond (per case limit):** $5,000,000.00 |
| **For Period Ending:** | 10/11/2016 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/08/2016 | | Byline Bank | [Paid by Debtors via cashier's check] (1 of 7) Payments to settle preferential payment to Debtor's brother and 2015 tax refund | * | $1,666.00 | | $1,666.00 |
| | {14} | | Payment 1 of 7               $834.99 | 1241-000 | | | $1,666.00 |
| | {13} | | Payment 1 of 7               $831.01 | 1224-000 | | | $1,666.00 |
| 03/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $1.99 | $1,664.01 |
| 04/13/2016 | | APRIL KIBLER | (2 of 7) Payments to settle preferential payment to Debtor's brother and 2015 tax refund | * | $1,111.33 | | $2,775.34 |
| | {14} | | Payment 2 of 7               $556.99 | 1241-000 | | | $2,775.34 |
| | {13} | | Payment 2 of 7               $554.34 | 1224-000 | | | $2,775.34 |
| 04/13/2016 | | APRIL KIBLER | (3 of 7) Payments to settle preferential payment to Debtor's brother and 2015 tax refund | * | $3,000.00 | | $5,775.34 |
| | {14} | | Payment 3 of 7               $1,503.60 | 1241-000 | | | $5,775.34 |
| | {13} | | Payment 3 of 7               $1,496.40 | 1224-000 | | | $5,775.34 |
| 04/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $6.53 | $5,768.81 |
| 05/09/2016 | | APRIL KIBLER | (4 of 7) Payments to settle preferential payment to Debtor's brother and 2015 tax refund | * | $1,000.00 | | $6,768.81 |
| | {14} | | Payment 4 of 7               $501.20 | 1241-000 | | | $6,768.81 |
| | {13} | | Payment 4 of 7               $498.80 | 1224-000 | | | $6,768.81 |
| 05/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $10.15 | $6,758.66 |
| 06/06/2016 | | APRIL KIBLER | (5 of 7) Payments to settle preferential payment to Debtor's brother and 2015 tax refund | * | $1,000.00 | | $7,758.66 |
| | {14} | | Payment 5 of 7               $501.20 | 1241-000 | | | $7,758.66 |
| | {13} | | Payment 5 of 7               $498.80 | 1224-000 | | | $7,758.66 |
| 06/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $11.80 | $7,746.86 |
| 07/12/2016 | | KIBLER, APRIL E. AND KIBLER, JOHN SCOTT | (6 of 7) Payments to settle preferential payment to Debtor's brother and 2015 tax refund | * | $1,000.00 | | $8,746.86 |
| | {13} | | Payment 6 of 7               $498.80 | 1224-000 | | | $8,746.86 |
| | {14} | | Payment 6 of 7               $501.20 | 1241-000 | | | $8,746.86 |
| 07/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $13.49 | $8,733.37 |

**SUBTOTALS**   $8,777.33   $43.96

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-01752 | | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|---|
| Case Name: | KIBLER, APRIL E. AND KIBLER, JOHN SCOTT | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1616 | | | Checking Acct #: | ******5201 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | Kibler, April |
| For Period Beginning: | 1/20/2016 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/11/2016 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/08/2016 | | KIBLER, APRIL E. AND KIBLER, JOHN SCOTT | (7 of 7) Payments to settle preferential payment to Debtor's brother and 2015 tax refund | * | $1,186.67 | | $9,920.04 |
| | {13} | | Payment 7 of 7         $585.85 | 1224-000 | | | $9,920.04 |
| | {14} | | Payment 7 of 7         $600.82 | 1241-000 | | | $9,920.04 |
| 08/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $15.51 | $9,904.53 |
| | | | **TOTALS:** | | $9,964.00 | $59.47 | $9,904.53 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $9,964.00 | $59.47 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $9,964.00 | $59.47 | |

| For the period of 1/20/2016 to 10/11/2016 | | For the entire history of the account between 03/08/2016 to 10/11/2016 | |
|---|---|---|---|
| Total Compensable Receipts: | $9,964.00 | Total Compensable Receipts: | $9,964.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $9,964.00 | Total Comp/Non Comp Receipts: | $9,964.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $59.47 | Total Compensable Disbursements: | $59.47 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $59.47 | Total Comp/Non Comp Disbursements: | $59.47 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
Page No: 3    Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-01752 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | KIBLER, APRIL E. AND KIBLER, JOHN SCOTT | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1616 | Checking Acct #: | ******5201 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Kibler, April |
| For Period Beginning: | 1/20/2016 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/11/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $9,964.00 | $59.47 | $9,904.53 |

**For the period of 1/20/2016 to 10/11/2016**

| | |
|---|---|
| Total Compensable Receipts: | $9,964.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $9,964.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $59.47 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $59.47 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 01/20/2016 to 10/11/2016**

| | |
|---|---|
| Total Compensable Receipts: | $9,964.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $9,964.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $59.47 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $59.47 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

| Case No.: | 16-01752 | | | | | | | | Trustee Name: David Leibowitz |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | KIBLER, APRIL E. AND KIBLER, JOHN SCOTT | | | | | | | | Date: 10/11/2016 |
| Claims Bar Date: | 06/08/2016 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 3 | AMERICAN INFOSOURCE LP AS AGENT FOR<br><br>TD Bank, USA<br>PO Box 248866<br>Oklahoma City OK 73124-8866 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $11,775.09 | $0.00 | $0.00 | $0.00 | $11,775.09 |
| 2 | CAPITAL ONE BANK (USA), N.A.<br><br>PO Box 71083<br>Charlotte NC 28272-1083 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $14,238.58 | $0.00 | $0.00 | $0.00 | $14,238.58 |
| | DAVID P. LEIBOWITZ<br><br>53 West Jackson Boulevard, Suite 1610<br>Chicago IL 60604 | Trustee Expenses | Allowed | 2200-000 | $46.25 | $0.00 | $0.00 | $0.00 | $46.25 |
| | DAVID P. LEIBOWITZ<br><br>53 W. Jackson Blvd.<br>Suite 1610<br>Chicago IL 60604 | Trustee Compensation | Allowed | 2100-000 | $1,746.40 | $0.00 | $0.00 | $0.00 | $1,746.40 |
| 1 | DISCOVER BANK<br><br>Discover Products Inc<br>PO Box 3025<br>New Albany OH 43054-3025 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $18,034.65 | $0.00 | $0.00 | $0.00 | $18,034.65 |
| | LAKELAW<br><br>53 West Jackson Boulevard<br>Suite 1610<br>Chicago IL 60604 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $18.15 | $0.00 | $0.00 | $0.00 | $18.15 |
| | LAKELAW<br><br>53 West Jackson Boulevard<br>Suite 1610<br>Chicago IL 60604 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $630.00 | $0.00 | $0.00 | $0.00 | $630.00 |

| Case No.: | 16-01752 | | | | | | | | Trustee Name: David Leibowitz |
| Case Name: | KIBLER, APRIL E. AND KIBLER, JOHN SCOTT | | | | | | | | Date: 10/11/2016 |
| Claims Bar Date: | 06/08/2016 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 7 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br><br>Successor to Synchrony Bank<br>(OLD NAVY VISA CARD)<br>POB 12914<br>Norfolk VA 23541 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $7,210.64 | $0.00 | $0.00 | $0.00 | $7,210.64 |
| 4 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville SC 29602 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $4,841.10 | $0.00 | $0.00 | $0.00 | $4,841.10 |
| 5 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville SC 29602 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $29,077.94 | $0.00 | $0.00 | $0.00 | $29,077.94 |
| 6 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville SC 29602 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $25,197.84 | $0.00 | $0.00 | $0.00 | $25,197.84 |
| | | | | | **$112,816.64** | **$0.00** | **$0.00** | **$0.00** | **$112,816.64** |

**CLAIMS ANALYSIS REPORT**                                                                                      Page No: 3
                                                                                                                Exhibit C

| Case No. | 16-01752 | | | | | Trustee Name: David Leibowitz |
|---|---|---|---|---|---|---|
| Case Name: | KIBLER, APRIL E. AND KIBLER, JOHN SCOTT | | | | | Date: 10/11/2016 |
| Claims Bar Date: | 06/08/2016 | | | | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Attorney for Trustee Expenses (Trustee Firm) | $18.15 | $18.15 | $0.00 | $0.00 | $0.00 | $18.15 |
| Attorney for Trustee Fees (Trustee Firm) | $630.00 | $630.00 | $0.00 | $0.00 | $0.00 | $630.00 |
| Payments to Unsecured Credit Card Holders | $110,375.84 | $110,375.84 | $0.00 | $0.00 | $0.00 | $110,375.84 |
| Trustee Compensation | $1,746.40 | $1,746.40 | $0.00 | $0.00 | $0.00 | $1,746.40 |
| Trustee Expenses | $46.25 | $46.25 | $0.00 | $0.00 | $0.00 | $46.25 |

Case 16-01752    Doc 28    Filed 10/27/16   Entered 10/27/16 13:41:16    Desc Main
              Document      Page 11 of 13

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:       16-01752
Case Name:      APRIL E. KIBLER
                JOHN SCOTT KIBLER
Trustee Name:   David P. Leibowitz

Balance on hand:   $9,904.53

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:   $0.00
Remaining balance:   $9,904.53

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| DAVID P. LEIBOWITZ, Trustee Fees | $1,746.40 | $0.00 | $1,746.40 |
| David P. Leibowitz, Trustee Expenses | $46.25 | $0.00 | $46.25 |
| Lakelaw, Attorney for Trustee Fees | $630.00 | $0.00 | $630.00 |
| Lakelaw, Attorney for Trustee Expenses | $18.15 | $0.00 | $18.15 |

Total to be paid for chapter 7 administrative expenses:   $2,440.80
Remaining balance:   $7,463.73

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses:   $0.00
Remaining balance:   $7,463.73

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims:   $0.00

**UST Form 101-7-TFR (5/1/2011)**

                                           Remaining balance:    $7,463.73

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $110,375.84 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Discover Bank | $18,034.65 | $0.00 | $1,219.53 |
| 2 | Capital One Bank (USA), N.A. | $14,238.58 | $0.00 | $962.83 |
| 3 | American InfoSource LP as agent for | $11,775.09 | $0.00 | $796.24 |
| 4 | PYOD, LLC its successors and assigns as assignee | $4,841.10 | $0.00 | $327.36 |
| 5 | PYOD, LLC its successors and assigns as assignee | $29,077.94 | $0.00 | $1,966.28 |
| 6 | PYOD, LLC its successors and assigns as assignee | $25,197.84 | $0.00 | $1,703.90 |
| 7 | Portfolio Recovery Associates, LLC | $7,210.64 | $0.00 | $487.59 |

                    Total to be paid to timely general unsecured claims:    $7,463.73
                                                    Remaining balance:    $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE


                    Total to be paid to tardily filed general unsecured claims:    $0.00
                                                    Remaining balance:    $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

**UST Form 101-7-TFR (5/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**