**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 16-01752 |
| | § | |
| APRIL E. KIBLER | § | |
| JOHN SCOTT KIBLER | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $239,694.00 | Assets Exempt: | $28,550.00 |
| Total Distributions to Claimants: | $7,463.73 | Claims Discharged Without Payment: | $193,339.11 |
| Total Expenses of Administration: | $2,500.27 | | |

3) Total gross receipts of $9,964.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $9,964.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $239,000.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $2,500.27 | $2,500.27 | $2,500.27 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $199,224.00 | $110,375.84 | $110,375.84 | $7,463.73 |
| **Total Disbursements** | $438,224.00 | $112,876.11 | $112,876.11 | $9,964.00 |

4). This case was originally filed under chapter 7 on 01/20/2016. The case was pending for 12 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/04/2017          By:   /s/ David P. Leibowitz
                                 Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 2015 Federal Tax Refund | 1224-000 | $4,964.00 |
| Potential preference claim against Debtor's brother - Debtor to satisfy personally | 1241-000 | $5,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$9,964.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BMO Harris Bank | 4110-000 | $75,000.00 | $0.00 | $0.00 | $0.00 |
| | Mortgage | 4110-000 | $164,000.00 | $0.00 | $0.00 | $0.00 |
| | **TOTAL SECURED CLAIMS** | | **$239,000.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID P. LEIBOWITZ, Trustee | 2100-000 | NA | $1,746.40 | $1,746.40 | $1,746.40 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $46.25 | $46.25 | $46.25 |
| Green Bank | 2600-000 | NA | $59.47 | $59.47 | $59.47 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $630.00 | $630.00 | $630.00 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $18.15 | $18.15 | $18.15 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$2,500.27** | **$2,500.27** | **$2,500.27** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

UST Form 101-7-TDR (10/1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-900 | $17,960.00 | $18,034.65 | $18,034.65 | $1,219.53 |
| 2 | Capital One Bank (USA), N.A. | 7100-900 | $14,762.00 | $14,238.58 | $14,238.58 | $962.83 |
| 3 | American InfoSource LP as agent for | 7100-900 | $11,467.00 | $11,775.09 | $11,775.09 | $796.24 |
| 4 | PYOD, LLC its successors and assigns as assignee | 7100-900 | $3,885.00 | $4,841.10 | $4,841.10 | $327.36 |
| 5 | PYOD, LLC its successors and assigns as assignee | 7100-900 | $29,432.00 | $29,077.94 | $29,077.94 | $1,966.28 |
| 6 | PYOD, LLC its successors and assigns as assignee | 7100-900 | $23,791.00 | $25,197.84 | $25,197.84 | $1,703.90 |
| 7 | Portfolio Recovery Associates, LLC | 7100-900 | $7,500.00 | $7,210.64 | $7,210.64 | $487.59 |
|  | Bank of America | 7100-000 | $11,796.00 | $0.00 | $0.00 | $0.00 |
|  | Chase Freedom | 7100-000 | $24,321.00 | $0.00 | $0.00 | $0.00 |
|  | Concordia University | 7100-000 | $40,000.00 | $0.00 | $0.00 | $0.00 |
|  | Loyola University Medical Center | 7100-000 | $1,200.00 | $0.00 | $0.00 | $0.00 |
|  | Loyola University Medical Center | 7100-000 | $207.00 | $0.00 | $0.00 | $0.00 |
|  | PayPal | 7100-000 | $1,903.00 | $0.00 | $0.00 | $0.00 |
|  | Sears Mastercard | 7100-000 | $11,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $199,224.00 | $110,375.84 | $110,375.84 | $7,463.73 |

**UST Form 101-7-TDR (10/1/2010)**

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No.: | 16-01752 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | KIBLER, APRIL E. AND KIBLER, JOHN SCOTT | Date Filed (f) or Converted (c): | 01/20/2016 (f) |
| For the Period Ending: | 1/4/2017 | §341(a) Meeting Date: | 02/18/2016 |
| | | Claims Bar Date: | 06/08/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 2038 N. New England Ave. Chicago, IL - 60707-0000 Cook | $250,000.00 | $0.00 | | $0.00 | FA |
| 2 | 2008 Honda Ridgeline 115000 MILES | $5,463.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | $2400 1001(c)  $3063 1001(b) | | | | | |
| 3 | 2006 Honda Pilot 105000 MILES | $4,858.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | $2400 1001(c)  $2458 1001(b) | | | | | |
| 4 | Misc. household goods | $500.00 | $0.00 | | $0.00 | FA |
| 5 | Misc. electronics | $400.00 | $0.00 | | $0.00 | FA |
| 6 | necessary wearing apparel | $500.00 | $0.00 | | $0.00 | FA |
| 7 | cash on hand | $100.00 | $0.00 | | $0.00 | FA |
| 8 | Parkway Bank - checking | $220.00 | $0.00 | | $0.00 | FA |
| 9 | Byline Bank - checking (u) | $1,203.00 | $0.00 | | $0.00 | FA |
| 10 | Kibco, Inc. 100 % ownership S-Corp (u) | Unknown | $0.00 | | $0.00 | FA |
| 11 | Debtor has a contract pending, awaiting buyer financing. Gross commission listed before taxes. (u) | $5,000.00 | $694.00 | | $0.00 | FA |
| **Asset Notes:** | 735 ILCS 5/12-803 and 5/12-1001(b), 740 ILCS 170/4 | | | | | |
| 12 | VOID - Duplicate, entered in error (u) | $0.00 | $0.00 | | $0.00 | FA |
| 13 | 2015 Federal Tax Refund (u) | $0.00 | $4,964.00 | | $4,964.00 | FA |
| 14 | Potential preference claim against Debtor's brother - Debtor to satisfy personally (u) | $0.00 | $5,000.00 | | $5,000.00 | FA |

**TOTALS (Excluding unknown value)** | | $268,244.00 | $10,658.00 | | $9,964.00 | **Gross Value of Remaining Assets** $0.00

**Major Activities affecting case closing:**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2     Exhibit 8

| **Case No.:** | 16-01752 | | | **Trustee Name:** | David Leibowitz |
| **Case Name:** | KIBLER, APRIL E. AND KIBLER, JOHN SCOTT | | | **Date Filed (f) or Converted (c):** | 01/20/2016 (f) |
| **For the Period Ending:** | 1/4/2017 | | | **§341(a) Meeting Date:** | 02/18/2016 |
| | | | | **Claims Bar Date:** | 06/08/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

06/20/2016    2016 Reporting Period:

Collecting payments from Debtors to settle potential preferential payment to Debtor's brother and unscheduled 2015 tax refund. Final payment due 8/6/16.

Claims reviewed, consistent with schedules
Ready for TFR when final payment received.

**Initial Projected Date Of Final Report (TFR):**    09/30/2016    **Current Projected Date Of Final Report (TFR):**    10/11/2016    /s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-01752 | | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|---|
| Case Name: | KIBLER, APRIL E. AND KIBLER, JOHN SCOTT | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1616 | | | Checking Acct #: | ******5201 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | Kibler, April |
| For Period Beginning: | 1/20/2016 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/4/2017 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/08/2016 | | Byline Bank | [Paid by Debtors via cashier's check] (1 of 7) Payments to settle preferential payment to Debtor's brother and 2015 tax refund | * | $1,666.00 | | $1,666.00 |
| | {14} | | Payment 1 of 7                    $834.99 | 1241-000 | | | $1,666.00 |
| | {13} | | Payment 1 of 7                    $831.01 | 1224-000 | | | $1,666.00 |
| 03/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $1.99 | $1,664.01 |
| 04/13/2016 | | APRIL KIBLER | (2 of 7) Payments to settle preferential payment to Debtor's brother and 2015 tax refund | * | $1,111.33 | | $2,775.34 |
| | {14} | | Payment 2 of 7                    $556.99 | 1241-000 | | | $2,775.34 |
| | {13} | | Payment 2 of 7                    $554.34 | 1224-000 | | | $2,775.34 |
| 04/13/2016 | | APRIL KIBLER | (3 of 7) Payments to settle preferential payment to Debtor's brother and 2015 tax refund | * | $3,000.00 | | $5,775.34 |
| | {14} | | Payment 3 of 7                    $1,503.60 | 1241-000 | | | $5,775.34 |
| | {13} | | Payment 3 of 7                    $1,496.40 | 1224-000 | | | $5,775.34 |
| 04/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $6.53 | $5,768.81 |
| 05/09/2016 | | APRIL KIBLER | (4 of 7) Payments to settle preferential payment to Debtor's brother and 2015 tax refund | * | $1,000.00 | | $6,768.81 |
| | {14} | | Payment 4 of 7                    $501.20 | 1241-000 | | | $6,768.81 |
| | {13} | | Payment 4 of 7                    $498.80 | 1224-000 | | | $6,768.81 |
| 05/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $10.15 | $6,758.66 |
| 06/06/2016 | | APRIL KIBLER | (5 of 7) Payments to settle preferential payment to Debtor's brother and 2015 tax refund | * | $1,000.00 | | $7,758.66 |
| | {14} | | Payment 5 of 7                    $501.20 | 1241-000 | | | $7,758.66 |
| | {13} | | Payment 5 of 7                    $498.80 | 1224-000 | | | $7,758.66 |
| 06/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $11.80 | $7,746.86 |
| 07/12/2016 | | KIBLER, APRIL E. AND KIBLER, JOHN SCOTT | (6 of 7) Payments to settle preferential payment to Debtor's brother and 2015 tax refund | * | $1,000.00 | | $8,746.86 |
| | {13} | | Payment 6 of 7                    $498.80 | 1224-000 | | | $8,746.86 |
| | {14} | | Payment 6 of 7                    $501.20 | 1241-000 | | | $8,746.86 |
| 07/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $13.49 | $8,733.37 |

**SUBTOTALS**    $8,777.33    $43.96

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-01752 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | KIBLER, APRIL E. AND KIBLER, JOHN SCOTT | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1616 | Checking Acct #: | ******5201 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Kibler, April |
| For Period Beginning: | 1/20/2016 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/4/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/08/2016 | | KIBLER, APRIL E. AND KIBLER, JOHN SCOTT | (7 of 7) Payments to settle preferential payment to Debtor's brother and 2015 tax refund | * | $1,186.67 | | $9,920.04 |
| | {13} | | Payment 7 of 7 $585.85 | 1224-000 | | | $9,920.04 |
| | {14} | | Payment 7 of 7 $600.82 | 1241-000 | | | $9,920.04 |
| 08/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $15.51 | $9,904.53 |
| 11/30/2016 | 3001 | Lakelaw | Claim #: ; Amount Claimed: 18.15; Distribution Dividend: 100.00; | 3120-000 | | $18.15 | $9,886.38 |
| 11/30/2016 | 3002 | Lakelaw | Claim #: ; Amount Claimed: 630.00; Distribution Dividend: 100.00; | 3110-000 | | $630.00 | $9,256.38 |
| 11/30/2016 | 3003 | DAVID P. LEIBOWITZ | Trustee Compensation | 2100-000 | | $1,746.40 | $7,509.98 |
| 11/30/2016 | 3004 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $46.25 | $7,463.73 |
| 11/30/2016 | 3005 | Discover Bank | Claim #: 1; Amount Claimed: 18,034.65; Distribution Dividend: 6.76; | 7100-900 | | $1,219.53 | $6,244.20 |
| 11/30/2016 | 3006 | Capital One Bank (USA), N.A. | Claim #: 2; Amount Claimed: 14,238.58; Distribution Dividend: 6.76; | 7100-900 | | $962.83 | $5,281.37 |
| 11/30/2016 | 3007 | American InfoSource LP as agent for | Claim #: 3; Amount Claimed: 11,775.09; Distribution Dividend: 6.76; | 7100-900 | | $796.24 | $4,485.13 |
| 11/30/2016 | 3008 | PYOD, LLC its successors and assigns as assignee | Claim #: 4; Amount Claimed: 4,841.10; Distribution Dividend: 6.76; | 7100-900 | | $327.36 | $4,157.77 |
| 11/30/2016 | 3009 | PYOD, LLC its successors and assigns as assignee | Claim #: 5; Amount Claimed: 29,077.94; Distribution Dividend: 6.76; | 7100-900 | | $1,966.28 | $2,191.49 |
| 11/30/2016 | 3010 | PYOD, LLC its successors and assigns as assignee | Claim #: 6; Amount Claimed: 25,197.84; Distribution Dividend: 6.76; | 7100-900 | | $1,703.90 | $487.59 |
| 11/30/2016 | 3011 | Portfolio Recovery Associates, LLC | Claim #: 7; Amount Claimed: 7,210.64; Distribution Dividend: 6.76; | 7100-900 | | $487.59 | $0.00 |

**SUBTOTALS** $1,186.67 $9,920.04

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-01752 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | KIBLER, APRIL E. AND KIBLER, JOHN SCOTT | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1616 | | Checking Acct #: | ******5201 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Kibler, April |
| For Period Beginning: | 1/20/2016 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/4/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  | **TOTALS:** | | $9,964.00 | $9,964.00 | $0.00 |
|---|---|---|---|---|---|---|---|
|  |  |  | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
|  |  |  | **Subtotal** | | $9,964.00 | $9,964.00 | |
|  |  |  | Less: Payments to debtors | | $0.00 | $0.00 | |
|  |  |  | **Net** | | $9,964.00 | $9,964.00 | |

| For the period of 1/20/2016 to 1/4/2017 | | For the entire history of the account between 03/08/2016 to 1/4/2017 | |
|---|---|---|---|
| Total Compensable Receipts: | $9,964.00 | Total Compensable Receipts: | $9,964.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $9,964.00 | Total Comp/Non Comp Receipts: | $9,964.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $9,964.00 | Total Compensable Disbursements: | $9,964.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $9,964.00 | Total Comp/Non Comp Disbursements: | $9,964.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

FORM 2

Page No: 4 Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-01752 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | KIBLER, APRIL E. AND KIBLER, JOHN SCOTT | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1616 | Checking Acct #: | ******5201 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Kibler, April |
| For Period Beginning: | 1/20/2016 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/4/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $9,964.00 | $9,964.00 | $0.00 |

**For the period of 1/20/2016 to 1/4/2017**

| | |
|---|---|
| Total Compensable Receipts: | $9,964.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $9,964.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $9,964.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $9,964.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 01/20/2016 to 1/4/2017**

| | |
|---|---|
| Total Compensable Receipts: | $9,964.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $9,964.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $9,964.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $9,964.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ